IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALFRED SMITH, JR.,

      Petitioner,                                                                           ORDER

  v.
                                          Case No. 23-cv-522-wmc

SECRETARY KEVIN A. CARR and
WARDEN MILWAUKEE SECURE DETENTION FACILITY,

      Respondents.

---

     Petitioner James Alfred Smith, Jr. has submitted a certified inmate trust fund account statement for the six-month period preceding the filing of a habeas petition.  Accordingly, the court must determine whether petitioner qualifies for indigent status.

     Having considered petitioner's affidavit of indigency and the inmate trust fund account statement, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor.  Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

ORDER

     IT IS ORDERED that petitioner James Alfred Smith, Jr.'s motion for leave to proceed without prepayment of the filing fee is GRANTED.

     Entered this 16th day of August, 2023.

     BY THE COURT:


     /s/
     ANDREW R. WISEMAN
     United States Magistrate Judge